IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RYAN KRISTOPHER PERALTA,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D15-4611

Opinion filed August 25, 2016.

An appeal from the Circuit Court for Okaloosa County.
T. Patterson Maney, Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Jillian Hope Reding, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Consistent with the state's proper concession of error, the judgment and sentence in this matter is hereby VACATED, and the cause is REMANDED for further proceedings in accordance with Florida Rule of Criminal Procedure 3.172(c) (2005). See Haug v. State, 151 So. 3d 560 (Fla. 1st DCA 2014).

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.